IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON G. MALLERY,

    Plaintiff,

v.        Case No.: 3:12cv124/MCR/EMT

BRYAN D. MCLEOD, et al.,

    Defendants.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 1, 2012 (doc. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

    Having considered the Report and Recommendation, and the record, the court determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED without prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this 4th day of September, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**